```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
THE TRAVELERS INDEMNITY COMPANY OF                                     :
CONNECTICUIT,                                                          :
                                                                       :
                        Plaintiff,                                     :    22 Civ. 10666 (JPC)
                                                                       :
           -v-                                                         :        ORDER
                                                                       :
ACCREDITED SURETY AND CASUALTY                                         :
COMPANY, INC.,                                                         :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed its complaint in this action on December 19, 2022.  Dkt. 1.  Defendant was served with process on December 27, 2022, making its answer due on January 17, 2023.  Dkt. 6. That deadline has passed and the docket does not reflect a response to the Complaint.  Accordingly, the Court adjourns *sua sponte* Defendant's deadline to respond to February 1, 2023.  If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Clerk's Certificate of Default by February 8, 2023.

SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                        _____
                                              JOHN P. CRONAN
                                           United States District Judge