UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                             :

THE TRAVELERS INDEMNITY COMPANY OF   :
CONNECTICUIT,                                :
                                             :
                    Plaintiff,        :         22 Civ. 10666 (JPC)
                                           :
      -v-                           :           ORDER
                                         :
ACCREDITED SURETY AND CASUALTY       :
COMPANY, INC.,                             :
                                           :
                    Defendant.       :
                                           :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 19, 2023—two days after Defendant's deadline to respond to the Complaint had passed—the Court granted Defendant's request for an extension of its deadline to respond to the Complaint until March 1, 2023. That deadline has passed, and Defendant has still failed to respond to the Complaint. Accordingly, Defendant shall respond to the Complaint by March 10, 2023. If Defendant once again fails to respond by its deadline to do so, Plaintiff shall seek a Certificate of Default by March 14, 2023.

SO ORDERED.

Dated: March 8, 2023
      New York, New York
                                         _____
                                             JOHN P. CRONAN
                                      United States District Judge