```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
THE TRAVELERS INDEMNITY COMPANY OF                          :
CONNECTICUT,                                                :
                                                            :
                            Plaintiff,                      :    22 Civ. 10666 (JPC) (BCM)
                                                            :
            -v-                                             :           ORDER
                                                            :
ACCREDITED SURETY AND CASUALTY                              :
COMPANY, INC.,                                              :
                                                            :
                            Defendant.                      :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of the parties' report of a settlement, the case is stayed. All pending conferences before Judge Moses are adjourned *sine die*. If the parties have not submitted a stipulation of dismissal by September 29, 2023, they must submit a status letter to the Court by that date.

SO ORDERED.

Dated:  August 30, 2023
        New York, New York

                                                    _____
                                                            JOHN P. CRONAN
                                                        United States District Judge