```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/31/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,

      Plaintiff,

-against-

ACCREDITED SURETY AND CASUALTY
COMPANY, INC.,

      Defendant.

22-CV-10666 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For reasons stated on the record of today's status conference, the parties shall file their stipulation of dismissal no later than **February, 29, 2024**. If the parties do not stipulate to dismiss by that date, Judge Moses will conduct a continued status conference on **March 1, 2024, at 9:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
       January 31, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**